IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:18-cr-30-HSO-RHW-3

MANUEL PULIDO RODAS

### ENTRY OF APPEARANCE

COMES NOW, Joshua Kadel, Research & Writing Specialist, and enters his appearance as counsel for Manuel Pulido Rodas.

This the 10th day of May 2022.

Respectfully submitted,

/s/Joshua Kadel
Joshua Kadel (MB #105825)
Research & Writing Specialist
Office of the Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS   39501
Phone: (228) 865-1202
Fax:    (228) 867-1907
Email: josh_kadel@fd.org

### CERTIFICATE OF SERVICE

I, Joshua Kadel, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

This the 10th day of May 2022.

 /s/Joshua Kadel
Research & Writing Specialist