UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:18-cr-00030-HSO-RHW

MANUEL PULIDO RODAS

### UNOPPOSED MOTION FOR LEAVE TO FILE RESTRICTED DOCUMENT

The United States of America hereby moves the Court for an Order permitting the United States to file as restricted an exhibit in support of its Response to Motion for Compassionate Release [dkt 198], and in support thereof would show:

Exhibit B sought to be restricted consists entirely of medical records and should be restricted to avoid the unnecessary public disclosure of the defendant's personal medical records.

Joshua Kadel, attorney for defendant, has been contacted and has no objection concerning the requested restriction of exhibit.

Based on the foregoing, the United States respectfully requests that its unopposed motion for leave to file restricted document be granted, and that an Order be entered permitting the United States to file Exhibit B to its Response to Motion for Compassionate Release [dkt 198] as restricted from public access, with CM/ECF access permitted to counsel for both parties.

Date: May 11, 2022  Respectfully submitted,

DARREN J. LAMARCA
United States Attorney

By: *s/ Shundral H. Cole*
Shundral H. Cole
Assistant U.S. Attorney
MS Bar # 103003
1575 20th Avenue
Gulfport, MS 39501
Ph: (228) 563-1560 / Fax: (228) 563-1571
Shundral.Cole@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all interested parties.

*s/ Shundral H. Cole*
Shundral H. Cole
Assistant U.S. Attorney